JOHN MILLE *v.* WARDEN, STATE PRISON

The petition by the plaintiff for a certificate of probable cause regarding the denial of habeas corpus by the Superior Court in Hartford County is dismissed.

*John Mille,* pro se, the petitioner.

Submitted September 9—decided September 21, 1966

STATE OF CONNECTICUT *v.* WILLIAM I. KNUDSEN, JR.

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Philip N. Costello, Jr.,* in support of the petition.

*Peter J. Boras,* assistant prosecuting attorney, in opposition.

Submitted July 12—decided September 27, 1966

LUCY ANDERSON *v.* HAMILTON GARDENS, INC.

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Howard C. Kaplan,* in support of the petition.

*James J. Maher,* in opposition.

Submitted September 9—decided September 27, 1966